1  Michael T. Welch (#122630)
   LAW OFFICES OF MICHAEL T. WELCH
2  Four Embarcadero Center, 39th Floor
   San Francisco, California  94111
3  Telephone:     (415)399-1500
   Facsimile:     (415)399-0445
4
   Attorneys for Plaintiff
5  AUTOMATED MEDIA PROCESSING SOLUTIONS, INC.,
   dba EQUILIBRIUM
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  AUTOMATED MEDIA PROCESSING          )   CASE NO.  3:14-cv-00097-EMC
    SOLUTIONS, INC., dba EQUILIBRIUM, a )
    corporation,                        )   **PLAINTIFF'S ABBREVIATED CASE**
13                                      )   **MANAGEMENT CONFERENCE**
                                        )   **STATEMENT; REQUEST FOR**
                        Plaintiff,      )   **CONTINUANCE OF JOINT CASE**
14                                      )   **MANAGEMENT CONFERENCE**
         v.                             )   **PENDING CONCLUSION OF**
15                                      )   **ANTICIPATED SETTLEMENT**
    CELARTEM TECHNOLOGY, INC., a foreign)
16  business entity; CELARTEM, INC., dba)
    EXTENSIS, a corporation; OSAMU IKEDA,)
17  an Individual; SYUICHI FUJIMOTO, an )
    Individual; HUI WANG, an Individual;)
18  HATAAKI SHA, an Individual; NAHHE   )
    NOMIE, an Individual,               )
19                                      )
                        Defendants.     )
20                                      )
    _____
21

22         Plaintiff AUTOMATED MEDIA PROCESSING SOLUTIONS, INC., dba

23  EQUILIBRIUM (hereafter, "EQUILIBRIUM") submits the following information in lieu

24  of, and/or to the extent available, in fulfillment of, that information requested pursuant to

25  Civile Local Rule 16-9 for a Joint Case Management Conference Statement in the above-

26  referenced case.

27                                      -1-

28
    **PLAINTIFF'S ABBREVIATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR
    CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING PENDING CONCLUSION OF
    ANTICIPATED SETTLEMENT**

1        1. <u>Prefatory Statement And Summary of Status</u>:  Shortly after the filing of this

2   action, the parties began direct, party-to- party settlement discussions (without participation

3   of litigation counsel) regarding both plaintiff's claims in this case, and separate but related

4   claims brought by defendants in another case in the state courts of Oregon.  As those

5   settlement negotiations became more promising, the parties instructed their r8espective

6   attorneys not to proceed with service of the summons and complaints in their respective

7   actions, and to forego further proceedings until the settlement negotiations either reached a

8   successful conclusion or failed.   The parties subsequently notified their respective counsel

9   that they have reached a tentative comprehensive settlement agreement several weeks ago,

10  but are still in the process of attempting to resolve final language and several significant

11  details on complex issues and provisions contained in the tentative settlement agreement.

12  It is anticipated that it will take another two to three weeks to complete this process, and

13  one of the provisions of the tentative settlement agreement is that the respective parties will

14  stay their actions pending completion of the settlement agreement, and then dismiss with

15  prejudice their respective legal actions, including this case, within several business days of

16  executing the final settlement agreement.[1]

17        For the above reasons, (1) defendants have not been served and therefore cannot

18  participate in the preparation or submission of this statement; (2) many of the categories of

19  information and/or activities required for this statement are not yet applicable or are

20  unavailable at present; and (3) plaintiff requests that the Court continue the presently

21  scheduled Case Management Conference for forty-five to sixty days, to allow the parties

22  the additional time needed to conclude their settlement and for plaintiff to dismiss this

23  action pursuant to that anticipated settlement agreement, or in the unlikely event that it

24  cannot be concluded, to allow for service of the complaint and a response by the

25  _____

26        [1]It was originally anticipated that the settlement agreement details would be completed, and the
    case dismissed pursuant to that agreement, before the scheduled Case Management Conference and filing
27  date of the related statement.

28

**PLAINTIFF'S ABBREVIATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING PENDING CONCLUSION OF
ANTICIPATED SETTLEMENT**

1    defendants.

2        2.  <u>Jurisdiction and Service</u>.  Jurisdiction is proper based on diversity of citizenship

3    of the parties, pursuant to 28 USC Sec. 1332.  Service has not yet been made on

4    defendants, for the reasons stated above - i.e., the settlement negotiations and tentative

5    settlement agreement that took place shortly after the filing of this action.

6        3.  <u>Factual Summary</u>.   This is a dispute between plaintiff EQUILIBRIUM, a private

7    media technology company based in Sausalito, California, and the defendant entities and

8    individuals who are investors in EQUILIBRIUM and/or licensees of various

9    EQUILIBRIUM products.  Plaintiff engaged in a series of agreements with defendants,

10   including several licensing agreements for defendants to utilize technology and products of

11   plaintiffs in certain products of defendants, and/or to distribute such technology and

12   products in the designated Asian territory of defendants.  The defendants also became

13   shareholders of plaintiff and provided certain funding to plaintiff, secured by a promissory

14   note and related agreement.  Plaintiff contends that defendants breached their agreements,

15   including their failure to pay substantial royalties owing to plaintiff, and misuse of the

16   licensed technology.  Defendants have asserted that plaintiff failed to pay the promissory

17   note amount, and filed a separate action in Oregon based on that allegation.  Plaintiff

18   contends it was not required to pay it based on agreements with defendants, and by

19   defendants' breaches of the above-stated agreements which also denied and deprived

20   plaintiff of the funds needed to pay any sums that might be owed on the promissory note.

21       4.  <u>Legal Issues</u>.  At present the main legal issues appear to be related to

22   interpretation and meaning of the terms of the agreements alleged to have been breached,

23   along with the scope and nature of duties of defendants - both as licensees of plaintiff's

24   technology and products, and as principal shareholders of Equilibrium.

25       5.  <u>Motions</u>.  There are no pending motions.  If this action proceeds, plaintiff

26   anticipates a motion to amend its complaint following disclosures and information

27

28

-3-

**PLAINTIFF'S ABBREVIATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING PENDING CONCLUSION OF ANTICIPATED SETTLEMENT**

1  obtained through discovery.

2        6. <u>Amendment of Pleadings</u>.  If this action proceeds and is not dismissed pursuant
3  to the pending settlement proposals and tentative agreement, plaintiff expects to amend its
4  complaint to add facts and claims.

5        7. <u>Evidence Preservation</u>.  There are no known issues or problems regarding
6  preservation of evidence.  To plaintiff's knowledge, all relevant documents within its
7  possession have been preserved.

8        8. <u>Disclosures</u>.  There have been no disclosures yet because defendants have not
9  yet been served or appear, for the reasons stated above.

10        9. <u>Discovery</u>.  There has been no discovery taken to date, and no discovery plans
11  have been discussed or prepared, for the reasons stated above.

12        10. <u>Related Cases</u>.  Defendants have filed a separate case against plaintiff in the
13  Oregon state superior court, that involves some of the same principal issues.

14        11. <u>Settlement / ADR</u>.  The parties have been engaged in their own private
15  settlement negotiations, and have reached a tentative settlement agreement.  As stated
16  above, it is in the process of attempted finalization of various details, and plaintiff is
17  requesting a continuance of the CMC for that reason.

18        12. <u>Consent to Magistrate</u>.  Because defendants have not yet appeared, it cannot yet
19  be determined whether there will be mutual consent to a magistrate.

20

21                                    LAW OFFICES OF MICHAEL T. WELCH

22

23  Dated: June 10, 2014              By: /S/ Michael Welch
                                          Michael T. Welch
24  IT IS SO ORDERED that the CMC        Attorney for Plaintiff
    is reset for 9/4/14 at 9:30 a.m.   AUTOMATED MEDIA PROCESSING
25  A joint CMC Statement shall be filed SOLUTIONS, INC., dba EQUILIBRIUM
    by 8/28/14.
26  _____
27  Edward M. Chen, U.S. District Judge

28
                                    IT IS SO ORDERED
                                    AS MODIFIED
                                    Judge Edward M. Chen

**PLAINTIFF'S ABBREVIATED CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE HEARING PENDING CONCLUSION OF ANTICIPATED SETTLEMENT**